UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY P. KEITH,

        Petitioner,                           Civil No. 2:09-CV-14133
                                       HONORABLE PAUL D. BORMAN

v.                                      UNITED STATES DISTRICT JUDGE

PAUL KLEE,

        Respondent,

_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for

Writ of Habeas Corpus, Honorable Paul D. Borman, a United States District Court

Judge, presiding, and in accordance with the Memorandum Opinion and Order

entered on *February 15* , 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas

Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of

Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this *15th* , day of *February* , 2013.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

APPROVED:

                                              BY:_____

_____                   DEPUTY CLERK
HON. PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE